IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 10-cv-00309-CBS-BNB

KIMBERLEY N. SQUIRES, by and through her guardian and natural parent, Lyle K. Squires,
    Plaintiff,
v.

JAMES MICHAEL GOODWIN, an individual,
BRECKENRIDGE OUTDOOR EDUCATION CENTER, a Colorado corporation,
MOUNTAIN MAN , INC., a Montana corporation,
    Defendants.
_____

ORDER OF REFERENCE AND ORDER
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On September 16, 2010, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* doc. # 22).  All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 10-cv-00309-CBS-BNB**.

II.     Order of Reference

The Order of Reference dated February 17, 2010 (doc. # 2) is hereby VACATED. This matter is now referred to United States Magistrate Judge Boyd N. Boland *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.  A Settlement Conference is currently set on December 15, 2010 at 1:30 p.m. before Magistrate Judge Boland.

III.    Order

A.      The deadlines, discovery limitations, and schedule set forth in the Scheduling Order dated September 15, 2010 (doc. # 40) remain unchanged.

B.      **A Telephone Status Conference shall be held** by Magistrate Judge Shaffer in Courtroom A-402, 4th Floor, **on Monday October 18, 2010 at 10:45 a.m.** to review the Scheduling Order and set a Final Pretrial Conference and a trial date. *Counsel shall arrange a conference call among themselves prior to telephoning the court at 303-844-2117 at the scheduled time.*

DATED at Denver, Colorado, this 20th day of September, 2010.

                                        BY THE COURT:


                                          s/Craig B. Shaffer
                                        United States Magistrate Judge