**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.:  10-cv-00309-CBS-BNB | FTR - Reporter Deck - Courtroom A402 |
| Date:  October 27, 2010 | Courtroom Deputy:  Linda Kahoe |

| | |
|---|---|
| KIMBERLY N. SQUIRES, | Colleen M. Parsley |
| | Gregory A. Gold |
| Plaintiff, | |
| v. | |
| JAMES MICHAEL GOODWIN, | Gary L. Palumbo |
| BRECKENRIDGE OUTDOOR EDUCATION CENTER, | John W. Grund |
| MOUNTAIN MAN, INC., | Timothy A. Meinert |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  TELEPHONIC STATUS CONFERENCE**
**Court in session:       10:02 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding setting a trial date.

**ORDERED:**   A ten-day Jury Trial is set to begin at **8:30 a.m. on SEPTEMBER 12, 2011.**

**ORDERED:**   A Final Pretrial Conference is set for **9:00 a.m. on JULY 20, 2011.**  A Proposed Final Pretrial Order is due 7 days prior.  A formal Trial Preparation Conference will not be set at this time.

**ORDERED:**   The Unopposed Motion to Amend Scheduling Order to Permit Filing of Amended Answer, doc #[47] is **GRANTED.**  The Amended Answer and Jury Demand of Defendant Michael Goodwin, doc #[47-1] is **ACCEPTED FOR FILING AS OF TODAY'S DATE.**

The court will follow its usual procedure regarding discovery disputes:

*Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.*

HEARING CONCLUDED.

**Court in recess:** **10:14 a.m.**
Total time in court: 00:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.