**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 10-cv-00309-CBS-BNB | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** May 23, 2011 | **Courtroom Deputy:** Linda Kahoe |

| | |
|---|---|
| KIMBERLY N. SQUIRES, | Colleen M. Parsley |
| | Gregory A. Gold |
| | Richard Waldron Bryans, Jr. |
| Plaintiff, | |
| v. | |
| JAMES MICHAEL GOODWIN, | Gary L. Palumbo |
| BRECKENRIDGE OUTDOOR, | Joan S. Allgaier |
|    EDUCATION CENTER, | John W. Grund |
| MOUNTAIN MAN, INC., | Timothy A. Meinert |
|    Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in session: 2:31 p.m.**
Court calls case. Appearances of counsel.

Discussion and arguments regarding BOEC's Motion for Summary Judgment, doc #[52], filed 12/3/2010.

Mr. Grund presents arguments.

Mr. Gold present argments.

Discussion and arguments regarding Defendant Mountain Man, Inc.'s Motion for Summary Judgment on Plaintiff's Sixth, Seventh, Eighth and Ninth Claims for Relief, doc #[58] filed 1/14/2011.

Mr. Meinert presents arguments.

Ms. Parsley presents arguments.

**ORDERED:**   Counsel for Plaintiff are allowed to brief the limited question of misrepresentation on or before **MAY 30, 2011.**  Defendants may file a surreply 7 days thereafter. Counsel shall cite case law and identify specific misrepresentations that he believes are in the record.  New discovery is not allowed.

Discussion regarding Daubert motions and motions in limine.

**ORDERED:**   Daubert motions or Rule 702 motions should be filed on or before **JUNE 6, 2011.**  The court will hear arguments on those motions at the Final Pretrial Conference set for **JULY 20, 2011.**  The court will discuss motions in limine at the Final Pretrial Conference.

Discussion regarding Plaintiff's request to amend the prayer for relief.

**ORDERED:**   Plaintiff is allowed to file a motion for leave to amend her prayer for relief no later than **JUNE 6, 2011.**  Defendants will be allowed to file a Response.

Defendant Mountain Man, Inc.'s Motion for Summary Judgment on Plaintiff's Sixth, Seventh, Eighth and Ninth Claims for Relief, doc #[58] is taken under advisement.

The court will await further briefing on BOEC's Motion for Summary Judgment, doc #[52].

HEARING CONCLUDED.

**Court in recess**:        **4:27 p.m.**
Total time in court:    01:56

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.