**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 10-cv-00309-CBS-BNB** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: July 20, 2011** | **Courtroom Deputy:** Linda Kahoe |

KIMBERLY N. SQUIRES,   Colleen M. Parsley
                       Gregory A. Gold

    Plaintiff,

    v.

JAMES MICHAEL GOODWIN,   Gary L. Palumbo
BRECKENRIDGE OUTDOOR EDUCATION CENTER,   Deana R. Dagner
                       Joan S. Allgaier
                       John W. Grund
MOUNTAIN MAN, INC.,   Timothy A. Meinert

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in session:** 8:01 a.m.
Court calls case. Appearances of counsel.

Discussion regarding BOEC's Motion for Summary Judgment, doc #[52], filed 12/3/2010.

Mr. Grund presents arguments.

Mr. Gold presents arguments.

BOEC's Motion for Summary Judgment, doc #[52] is taken under advisement.

Discussion regarding Defendant Mountain Man, Inc.'s Motion for Summary Judgment on Plaintiff's Sixth, Seventh, Eighth and Ninth Claims for Relief, doc #[58], filed 1/14/2011.

Mr. Meinert presents arguments.

Ms. Parsley presents arguments.

Defendant Mountain Man, Inc.'s Motion for Summary Judgment on Plaintiff's Sixth, Seventh, Eighth and Ninth Claims for Relief, doc #[58] is taken under advisement.

Discussion regarding the Motion to Strike Plaintiff's Supplemental Memorandum Brief in Response to Defendant Mountain Man, Inc.'s Motion for Summary Judgment on Plaintiff's Sixth, Seventh, Eighth and Ninth Claims for Relief, doc #[85], filed 5/31/2011.

**ORDERED:** Motion to Strike Plaintiff's Supplemental Memorandum Brief in Response to Defendant Mountain Man, Inc.'s Motion for Summary Judgment on Plaintiff's Sixth, Seventh, Eighth and Ninth Claims for Relief, doc #[85] is **DENIED.**

Discussion regarding Defendant Goodwin's Motion for Determination of Question of Law RE: Affirmative-Defense Jury Instruction, doc #[86], filed 6/6/2011.

**ORDERED:** Defendant Goodwin's Motion for Determination of Question of Law RE: Affirmative-Defense Jury Instruction, doc #[86] is **DENIED WITHOUT PREJUDICE.**

**ORDERED:** The Final Pretrial Conference set for August 8, 2011 at 8:30 a.m. is **VACATED**.

**ORDERED:** The Jury Trial set to begin on September 12, 2011 at 8:30 a.m. is **VACATED.** Counsel shall confer and select a range of possible dates to reset the trial. Counsel shall then contact chambers to schedule a new date for the trial.

Discussion regarding the Motion for Leave to Amend Complaint to Add Claims for Exemplary Damages and Outrageous Conduct Against Defendant Breckenridge Outdoor Education Center, doc #[90], filed 6/6/2011.

HEARING CONCLUDED.

**Court in recess**:      **9:59 a.m.**
Total time in court:    01:58

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.