IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| Civil Action: 10-cv-00309-CBS-BNB | FTR - Reporter Deck-Courtroom A402 |
|---|---|
| Date: September 19, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| KIMBERLY N. SQUIRES, by and through her guardian and natural parent, Lyle K. Squires, | Colleen Parsley<br>Gregory Gold<br>Richard Bryans, Jr. |
| Plaintiff, | |
| v. | |
| JAMES MICHAEL GOODWIN, an individual, | Matt Weeber |
| BRECKENRIDGE OUTDOOR EDUCATION CENTER, a Colorado corporation, and | John Grund |
| MOUNTAIN MAN, INC., a Montana corporation, | Timothy Meinert *(by telephone)* |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session: 8:58 a.m.**
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding BOEC's Motion to Strike Untimely Opinions by Plaintiff's Experts Bil Hawkins and Stanley Gale, affidavits, plaintiff's experts, and 28 incident reports.

Discussion regarding CV of Stanley Gale and Rule 702 motions.

**ORDERED:** BOEC's Motion to Strike Untimely Opinions by Plaintiff's Experts Bil Hawkins and

Stanley Gale [Docket No. 106] is GRANTED IN PART AND DENIED IN PART. The motion is granted to the extent it seeks to strike the June affidavits of Mr. Gale. The affidavits are stricken and may not be considered by the Court for any purpose and Mr. Gale is not entitled to offer any opinions expressed in those reports. The Court denies the motion to strike Mr. Hawkins's June 2011 affidavit save for paragraph 12. The Court strikes paragraph 12 in Mr. Hawkins's report.

**ORDERED:** Parties shall file the CV of Stanley Gale and Exhibit A by close of business on September 19, 2011.

**ORDERED:** If the parties would like to set a Motions Hearing on October 19, 2011 at 1:30 p.m. or October 20, 2011 at 1:30 p.m., they shall contact Judge Shaffer's Chambers by close of business on September 19, 2011.

HEARING CONCLUDED.

**Court in recess:**    **10:26 a.m.**
Total time in court:    1:28

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.