# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 10-cv-00309-CBS-BNB | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** December 19, 2011 | **Courtroom Deputy:** Laura Galera and Robin Mason |

| | |
|---|---|
| KIMBERLY N. SQUIRES, | Colleen M. Parsley |
| | Gregory A. Gold |
| | Richard W. Bryans, Jr. |
| | Theodore T. Metier |
| Plaintiff, | |
| v. | |
| JAMES MICHAEL GOODWIN, | Gary L. Palumbo |
| BRECKENRIDGE OUTDOOR EDUCATION CENTER, | John W. Grund |
| | Joan S. Allgaier |
| | Deana R. Dagner |
| MOUNTAIN MAN, INC., | Timothy A. Meinert |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session:** 3:36 p.m.
Court calls case. Appearances of counsel.

Discussion regarding amending the Complaint to add exemplary damages to the prayer for relief.

Discussion as to Motion to Amend/Correct/Modify #13 Complaint To Add Claims For Exemplary Damages and Outrageous Conduct Against Defendant Breckenridge Outdoor Education Center (Docket No. 90; filed on 6/6/2011) and Motion for Sanctions (Docket No. 122; filed on 11/16/2011).

**ORDERED:** Motion to Amend/Correct/Modify #13 Complaint To Add Claims For Exemplary Damages and Outrageous Conduct Against Defendant Breckenridge Outdoor Education Center is DENIED to the extent it seeks

          to add claims for outrageous conduct as to defendant Breckenridge Outdoor Education Center and is GRANTED to the extent that it adds the request for exemplary damages. The court will issue a written order to this effect.

**ORDERED:**         Mr. Meinert shall advise the court and Ms. Squires of intentions regarding Motion for Sanctions by Defendant Mountain Man, Inc. **on or before January 13, 2012**. If the motion is to be amended or withdrawn it shall be done **on or before January 13, 2012**.

HEARING CONCLUDED.

**Court in recess:**    4:17 p.m.
Total time in court:    00:41

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.