Case 1:10-cv-00309-CBS-BNB   Document 131   Filed 01/17/12   USDC Colorado   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 10-cv-00309-CBS-BNB

KIMBERLY N. SQUIRES, by and through her Guardian and Natural Parent, LYLE K. SQUIRES,
    Plaintiff,
v.

JAMES MICHAEL GOODWIN, an individual,
BRECKENRIDGE OUTDOOR EDUCATION CENTER, a Colorado corporation, and
MOUNTAIN MAN, INC., a Montana corporation,
    Defendants.

_____

ORDER ON STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE
_____

This civil action comes before the court on Plaintiff's and Defendant Mountain Man, Inc.'s ". . . Stipulated Notice of Dismissal with Prejudice . . ." (filed January 13, 2012) (Doc. # 129). On September 16, 2010, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (See Doc. # 42). As judgment has not yet been entered on the Second Amended Complaint (Doc. # 13) in favor of Defendant Mountain Man, Inc. (*see* Doc. # 119 at 32 of 32), IT IS ORDERED that:

1.    The parties' Stipulation is approved and Plaintiff's claims against Defendant Mountain Man, Inc. are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear her or its own attorney fees and costs.

2.    Defendant Mountain Man, Inc.'s "Motion for Sanctions Pursuant to F.R.C.P. 11(c)" (filed November 16, 2001) (Doc. # 122) is WITHDRAWN.

DATED at Denver, Colorado, this 17th day of January, 2012.

BY THE COURT:

  s/Craig B. Shaffer
United States Magistrate Judge