**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 10-cv-00309-CBS-BNB** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: February 13, 2012** | **Courtroom Deputy:** Robin Mason |

| | |
|---|---|
| KIMBERLY N. SQUIRES, | Colleen M. Parsley |
| | Gregory A. Gold |
| | Theodore T. Metier (*appearing via telephone*) |
| Plaintiff, | |
| v. | |
| JAMES MICHAEL GOODWIN, *et al.*, | Gary L. Palumbo |
| | John W. Grund |
| | Joan S. Allgaier |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   FINAL PRETRIAL CONFERENCE**
**Court in Session:      10:04 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding defendant's Motion for Reconsideration re #128 Memorandum & Opinion (Docket No. 132, filed on 1/18/2012) and plaintiff's Response to #132 Motion for Reconsideration re #128 Memorandum & Opinion (Docket No.136, filed on 2/8/2012).

**ORDERED:**   The court **DENIES as MOOT** defendant's Motion for Reconsideration re #128 Memorandum & Opinion (Docket No. 132, filed on 1/18/2012).

Discussion regarding the defendant's Motion for Determination of Question of Law Re: Affirmative-Defense Jury Insturction [sic] (Docket No. 130, filed on 1/16/2012).

**ORDERED:**   The court **DENIES without prejudice** defendant's Motion for Determination of Question of Law Re: Affirmative-Defense Jury Insturction [sic] (Docket No. 130, filed on 1/16/2012).

Counsel review the proposed final pretrial order with the court.

Discussion regarding the length of trial, will-call witness list, exhibits and records, rules of evidence, experts, hearsay exceptions, previously produced discovery, Rules 26(e) and 37(c), Motions *in Limine* and trial briefs, jury selection and voir dire, trial preparation, challenges for cause, start and end times for trial, break and lunch schedules during trial, jury exhibit notebooks, preservation deposition videos, length of opening statements, and possible requests for a court reporter.

**ORDERED:**  The parties shall revise their Witness Lists and Exhibits Lists and file with the court no later than **February 20, 2012**.

**ORDERED:**  Any parties who would like to file a Motion *in Limine* must file one **no later than February 29, 2012**.  To the extent that a party files a Motion *in Limine*, a written response shall be filed **no later than March 14, 2012** (there will be no replies accepted).  A proposed list of voir dire questions shall be submitted by **March 14, 2012**.  All proposed jury instructions shall be filed **no later than March 14, 2012** (there should a set for which there is a stipulation and a set for which there is no stipulation).

**ORDERED:**  A Motions hearing is set for **March 20, 2012 at 1:30 p.m.** (all counsel who will be participating in the trial must be present at this hearing--no appearances by telephone will be permitted at this hearing).  The court will need to know, **no later than March 20, 2012**, if the parties will be using jury notebooks or technology.  The court will block out **the entire afternoon of March 23, 2012** to allow the parties access to the courtroom to set up for the trial.  The court advises all parties to submit their documents in WordPerfect if they are able to do so.

HEARING CONCLUDED.

**Court in recess:**     **11:37 a.m.**
Total time in court:     01:33

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.