IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action:                                              FTR - Reporter Deck-Courtroom A402
Date:                        Courtroom Deputy:

*Parties:*                                                 *Counsel:*

KIMBERLY N. SQUIRES                                        Colleen M. Parsley
                                                           Gregory A. Gold
                                                           Richard Waldron Bryans , Jr.
           Plaintiff,                                      Theodore Thomas Metier


v.

JAMES MICHAEL GOODWIN, *et al*.,                           Gary L. Palumbo
                                                           Deana R. Dagner
                                                           Joan S. Allgaier
                                                           John W. Grund

           Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTION HEARING**
**Court in Session:       2:04 p.m.**
Court calls case.  Appearances of counsel.

Discussion regarding MOTION in Limine to Exclude Evidence of Whether BOEC was Accredited by the Association for Experiential Education (Docket No. 156, filed on 2/29/2012) and MOTION in Limine to Exclude Evidence of Liability Release (Docket No. 160, filed on 2/29/2012).

**ORDERED:**   For reasons as stated on the record, the court **GRANTS IN PART AND DENIES IN PART** MOTION in Limine to Exclude Evidence of Whether BOEC was Accredited by the Association for Experiential Education (Docket No. 156, filed on 2/29/2012); the court **GRANTS** MOTION in Limine to Exclude Evidence of Liability Release (Docket No. 160, filed on 2/29/2012).

Discussion regarding MOTION in Limine RE: Goodwin's Alleged Violation of the Colroado Ski

Safety Act and Other Alleged Codes (Docket No. 150, filed on 2/29/2012), RESPONSE to #150 MOTION in Limine RE: Goodwin's Alleged Violation of the Colroado Ski Safety Act and Other Alleged Codes (Docket No. 215, filed on 3/14/2012), and RESPONSE to #150 MOTION in Limine RE: Goodwin's Alleged Violation of the Colroado Ski Safety Act and Other Alleged Codes (Docket No. 186, filed on 3/14/2012).

**ORDERED:** For reasons as stated on the record, the court **GRANTS IN PART AND DENIES IN PART** MOTION in Limine RE: Goodwin's Alleged Violation of the Colroado Ski Safety Act and Other Alleged Codes (Docket No. 150, filed on 2/29/2012).

Discussion regarding MOTION in Limine to Limit Testimony of Plaintiff's Expert Stanley Gale (Docket No. 155, filed on 2/29/2012) and RESPONSE to #155 MOTION in Limine to Limit Testimony of Plaintiff's Expert Stanley Gale (Docket No. 203, filed on 3/14/2012).

**ORDERED:** For reasons as stated on the record, the court **GRANTS** MOTION in Limine to Limit Testimony of Plaintiff's Expert Stanley Gale (Docket No. 155, filed on 2/29/2012).

Discussion regarding MOTION in Limine to Exclude Evidence of Plaintiff's Claim of Alleged Wrongdoing by BOEC Volunteer James Trisler (Docket No. 145, filed on 2/29/2012), RESPONSE to #145 MOTION in Limine to Exclude Evidence of Plaintiff's Claim of Alleged Wrongdoing by BOEC Volunteer James Trisler (Docket No. 178, filed on 3/13/2012), and RESPONSE to #145 MOTION in Limine to Exclude Evidence of Plaintiff's Claim of Alleged Wrongdoing by BOEC Volunteer James Trisler (Docket No. 210, filed on 3/14/2012).

**ORDERED:** For reasons as stated on the record, the court **DENIES** MOTION in Limine to Exclude Evidence of Plaintiff's Claim of Alleged Wrongdoing by BOEC Volunteer James Trisler (Docket No. 145, filed on 2/29/2012).

Discussion regarding MOTION in Limine to Preclude Expert Testimony Re Whether BOEC was Reckless (Docket No. 154, filed on 2/29/2012) and RESPONSE to #154 MOTION in Limine to Preclude Expert Testimony Re Whether BOEC was Reckless (Docket No. 212, filed on 3/14/2012).

**ORDERED:** For reasons as stated on the record, the court **GRANTS** MOTION in Limine to Preclude Expert Testimony Re Whether BOEC was Reckless (Docket No. 154, filed on 2/29/2012).

Discussion regarding MOTION in Limine to Limit Evidence re Other Ski Accidents (Docket No. 148, filed on 2/29/2012) and REPLY to Response to #148 MOTION in Limine to Limit Evidence re Other Ski Accidents (Docket No. 206, filed on 3/14/2012).

**ORDERED:** For reasons as stated on the record, the court **DENIES** MOTION in Limine to Limit Evidence re Other Ski Accidents (Docket No. 148, filed on 2/29/2012).

Discussion regarding MOTION in Limine Re: Collateral Source (Docket No. 162, filed on 2/29/2012) and RESPONSE to #162 MOTION in Limine Re: Collateral Source (Docket No. 191, filed on 3/14/2012).

**ORDERED:**   For reasons as stated on the record, the court **GRANTS** MOTION in Limine Re: Collateral Source (Docket No. 162, filed on 2/29/2012).

Discussion regarding MOTION in Limine to Strike Late and Previously Undisclosed Exhibits and Records (Docket No. 146, filed on 2/29/2012), SUPPLEMENT/AMENDMENT to #146 MOTION in Limine to Strike Late and Previously Undisclosed Exhibits and Records (Docket No. 181, filed on 3/13/2012), and RESPONSE to #146 MOTION in Limine to Strike Late and Previously Undisclosed Exhibits and Records (Docket No. 208, filed on 3/14/2012).

**ORDERED:**   For reasons as stated on the record, the court **DENIES** without prejudice MOTION in Limine to Strike Late and Previously Undisclosed Exhibits and Records (Docket No. 146, filed on 2/29/2012). The parties are instructed to work on these issues and bring to court any of the issues they are unable to resolve on their own.

HEARING CONCLUDED.

**Court in recess**:     **4:28 p.m.**
Total time in court:    02:24

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.