IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 10-cv-00309-CBS-BNB

KIMBERLY N. SQUIRES, by and through her Guardian and Natural Parent, LYLE K. SQUIRES,
    Plaintiff,
v.

JAMES MICHAEL GOODWIN, an individual, and
BRECKENRIDGE OUTDOOR EDUCATION CENTER, a Colorado corporation,
    Defendants.
_____

ORDER ON STIPULATION TO DISMISS DEFENDANT GOODWIN
_____

This civil action comes before the court on the "Stipulation to Dismiss with Prejudice Plaintiff's Claims Against Defendant James Michael Goodwin" filed on March 26, 2012 by Plaintiff, by and through her guardian and natural parent, Lyle K. Squires, and Defendant Goodwin (Doc. # 248). On September 16, 2010, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* Doc. # 42). The court now being sufficiently advised in the premises,

IT IS ORDERED that the parties' Stipulation is approved and Defendant Goodwin is dismissed from this civil action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear her or his own attorney fees and costs.

DATED at Denver, Colorado, this 26th day of March, 2012.

BY THE COURT:


  s/Craig B. Shaffer
United States Magistrate Judge

1