# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## MAGISTRATE JUDGE CRAIG B. SHAFFER

Civil Action No. 10-cv-00309-CBS-BNB

KIMBERLEY N. SQUIRES, *by and through her guardian and natural parent, Lyle K. Squires,*

    Plaintiff,

v.

BRECKENRIDGE OUTDOOR EDUCATION CENTER, *a Colorado corporation,*

    Defendant.

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS AND DEPOSITIONS

---

    IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus 60 days.

    DATED this ___5-th___ day of April, 2012.

BY THE COURT:

_____
Craig B. Shaffer,
United States Magistrate Judge

APPROVED AS TO FORM:

_____
ATTORNEY FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT