IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 10-cv-00309-CBS-BNB** | FTR - Reporter Deck-Courtroom A402 |
| **Date: July 31, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                                                 *Counsel:*

KIMBERLY N. SQUIRES,                              Danielle Marie Rattray

    Plaintiff,

v.

BRECKENRIDGE OUTDOOR                  Joan S. Allgaier
EDUCATION CENTER,                                   John W. Grund

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:     2:02 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the defendant's MOTION for Review re #285 Costs Taxed (Docket No. 287, filed on 6/6/2012), the plaintiff's RESPONSE to #287 MOTION for Review re #285 Costs Taxed (docket No. 288 filed on 6/27/2012), and the defendant's REPLY to Response to #287 MOTION for Review re #285 Costs Taxed (Docket No. 293, filed on 7/11/2012).

Ms. Allgaier presents oral argument and engages in discussion with the court.  Ms. Allgaier and the court cite relevant case law cited.

Ms. Rattray presents oral argument and engages in discussion with the court.  Ms. Rattray and the court cite relevant case law cited.

**ORDERED:**   The court advises the parties that it shall **TAKE UNDER ADVISEMENT** the defendant's MOTION for Review re #285 Costs Taxed (Docket No. 287, filed on 6/6/2012).

HEARING CONCLUDED.

**Court in recess**:   2:36 p.m.
Total time in court:   00:34

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.